[No. 56560-5-I.   Division One.   July 9, 2007.]

ROBERT L. SEAMAN ET AL., *Respondents*, v. MARK BECKWITH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-00823-5, Ira Uhrig, J., entered June 16, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 56704-7-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14567-4, Richard A. Jones, J., entered August 22, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56720-9-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO OLIVERA-MADRIGAL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00766-7, John M. Meyer, J., entered July 15, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56864-7-I; 56865-5-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT FRANCIS MCDONOUGH, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 04-1-14085-1 and 04-1-06993-5, Nicole MacInnes, J., entered August 15, 2005. *Affirmed* by unpublished per curiam opinion.